IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**GLORYLEE SIERRA,**
**Plaintiff**

v.  CIVIL NO. 04-2404(DRD)

**OFFICE MAX, INC.,**
**Defendant**

### JUDGMENT BY STIPULATION

Pending before the Court is the plaintiff's *Motion for Judgment of Voluntary Dismissal due to Settlement Agreement* (Docket No. 14) moving the Court to issue judgment dismissing plaintiff's claims against the defendant, Office Max, Inc., with prejudice resulting from a settlement agreement entered into by the captioned parties. Defendant, Office Max, Inc., has entered its consent to the consent judgment (Docket No. 16).

Plaintiff sustains that it has agreed to release unconditionally and to forever discharge the defendant, its officers, successors, assignees and all other persons, firms or corporations, from all causes of action, whether under local or federal law, arising from the facts alleged in the instant complaint. Furthermore, it has been agreed that each party shall bear its own costs, expenses and attorney fees related to the instant litigation.

Therefore, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.P., the Court hereby **DISMISSES** plaintiff, Glorylee Sierra's claims against the defendant, Office Max, Inc., **WITH PREJUDICE**. As stipulated, each party shall bear its own costs, expenses and attorney fees.

This case is **CLOSED** for all statistical purposes.

IT IS SO ORDERED, ADJUDGED AND DECREED.
In San Juan, Puerto Rico this 21st day of November 2005.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE